UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR15-008-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MICHAEL HARDESTY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:  Bank Robbery (5 counts); Possession of a Stolen Firearm

<u>Date of Detention Hearing</u>:  January 20, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has pled guilty to charges brought by Information consisting of five

DETENTION ORDER
PAGE -1

counts of Bank Robbery occurring between July 7 and July 30, 2014, and one count of Possession of a Stolen Firearm on August 19, 2014.

2. Defendant also faces revocation of supervised release in case number CR07-143 MJP as a result of the instant charges.

3. Defendant was not interviewed by Pretrial Services in connection with the instant case. He does not contest detention.

4. Defendant poses a risk of nonappearance due to unverified background information, sporadic employment, a history of controlled substance use, history of failing to appear, and non-compliance with supervised release. He poses a risk of danger due to criminal history and the nature of the charges.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of January, 2015.

*(signature)*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3